AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

MICHAEL LAMAR RHYMES,

    Petitioner,     JUDGMENT IN A CIVIL CASE
  V.

    CASE NUMBER:  **3:06-CV-00652-RCJ-VPC**

JACK PALMER, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED IN ITS ENTIRETY.**

    **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

  February 10, 2010     **LANCE S. WILSON**
                                                                   Clerk

                                                                          D. R. Morgan
                                                                        Deputy Clerk