UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL LAMAR RHYMES, | ) | |
| Petitioner, | ) | 3:06-cv-00652-RCJ-VPC |
| vs. | ) | **ORDER** |
| JACK PALMER, *et al.*, | ) | |
| Respondents. | ) | |

This is a closed habeas corpus action. On February 10, 2010, this habeas corpus action was dismissed with prejudice and judgment was entered. (ECF Nos. 17 & 18). This Court has previously denied petitioner a certificate of appealability. (ECF No. 17). By order filed November 29, 2010, this Court granted petitioner's motion to proceed *in forma pauperis* on appeal. (ECF No. 23).

Petitioner has filed a motion asking for clarification of this Court's order filed November 29, 2010. (ECF No. 25). Petitioner seeks information concerning a potential appeal from this Court's judgment. The Court's record reflects that no notice of appeal from this Court's judgment was ever filed. Petitioner's motion for clarification is denied as moot.

**IT IS THEREFORE ORDERED** that petitioner's motion for clarification (ECF No. 25) is **DENIED AS MOOT.**

DATED this 10th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE